MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/2020



## Cohen & Mizrahi LLP

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

March 4, 2020

**VIA ECF**
Honorable Judge Andrew L. Carter, Jr
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Diaz v. Algenist, LLC; Case No: 1:19-cv-05745-ALC-SDA</u>

Dear Judge Andrew L. Carter, Jr,

The undersigned represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's February 4, 2020 Order, the parties were granted 30 Days in which to restore the case to the court's calendar. It is now March 4, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Daniel Jay Cohen
Daniel Jay Cohen, Esq.

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

3/6/2020